Default - Rule 55A                                                                                              (CO 40 Revised-6/2019)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON

        Plaintiff(s)

Civil Action: 22-cv-00035-CRC

v.

FEDERAL ELECTION COMMISSION

        Defendant(s)

**RE:** FEDERAL ELECTION COMMISSION

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on January 19, 2022, and an affidavit on behalf of the plaintiff having been filed, it is this 29th day of March, 2022 declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By: /s/ N. Wilkens
       Deputy Clerk