# Exhibit A

# TRANSCRIPT OF PROCEEDINGS

---

```
In the Matter of:              )
                               )
FREEDOM VOTE, INC.             )   MUR 7465
                               )
```

Deposition of:  JAMES S. NATHANSON

Pages:    1 through 153

Place:    Washington, D.C.

Date:     May 12, 2021

---

**HERITAGE REPORTING CORPORATION**
*Official Reporters*
1220 L Street, N.W., Suite 206
Washington, D.C.  20005-4018
(202) 628-4888
contracts@hrccourtreporters.com

AR1370

1          Q     Can you recall any of the others?

2          A     I think Brian -- a man by the name of Brian

3     Walsh asked us to do one project.

4          Q     And who was -- I was going to ask, who was

5     Mr. Walsh associated with?  What was his relationship?

6          A     He was connected with the American Action

7     Network, I believe.

8          Q     Okay.  And do you recall what the project

9     was?

10          A     That was doing some work involving some

11     issues in southwest Ohio.

12          Q     Do you recall what the issues were?

13          A     They related to positions some individuals

14     had, some generic positions that they had that we felt

15     had problems, and we talked about the issues

16     themselves.

17          Q     What sort of individuals?  Can you be

18     specific about who had these positions or what the

19     positions were?

20          A     I believe some of them involved a race in

21     the 8th Congressional District.

22          Q     And the issues that Freedom Vote was asked

23     to sort of investigate, what were those positions that

24     you were mentioning?

25          A     This was seven years ago.

1    here.  One second.  My computer is actually acting up,

2    if you'll pause with me for just a moment.  There it

3    goes.  Okay, we figured it out.  So there's some back

4    and forth about the letter of agreement.  There's

5    countersigning it.  There's not really much discussion

6    here on the actual policy or that it was funded.

7         A    We had standard letters of agreement, and

8    I'm assuming that's what this was.  I'm not sure --

9         Q    I can show you the letter as well.  So the

10   letter is down here, signed by you at the end of the

11   day.  It's a fairly generic letter, I would agree.  It

12   does appear to be standard.  So that's why I'm

13   interested sort of in what this actually entailed,

14   what the $1 million that you asked for and received --

15        A    That letter was based on a little change for

16   years or who knows what.  That was our standard letter

17   that we did as follow-up to solicitation.

18        Q    Okay.  So --

19        A    So we sent that letter.  That letter would

20   have gone to most anyone who, you know, was a

21   potential donor, who had said they would donate.

22        Q    Okay.  So this project, you think that --

23   you believe, to the best of your recollection, that

24   this may have been a general funding request, not one

25   associated with a specific project?  Is that what you

1    are saying it's for?

2        A    Given the thing, again, all I can tell you

3    is I don't know for sure.  My sense is, you know,

4    we -- I will be very honest.  The main thing we did in

5    2016 was concerned about what was happening in the

6    Senate race.  And that's a million-dollar check, so I

7    assume it was that, but that's an assumption.  I just

8    don't know for certain, but I believe it was -- I

9    mean, that was the main thing we did in 2016.

10       Q    Okay.  So this project, in terms of how

11   Freedom Vote spent this money, you believe it was

12   likely on this project that involved that

13   advertisement we talked about, which we'll refer to as

14   "Third Largest"?

15       A    It's my -- that would be my best guess.

16       Q    Okay.  And do you recall how Freedom Vote

17   would have solicited these funds?  It appears that

18   this is in response to a request?

19       A    Well, again, as we have previously

20   discussed, we had individuals who were raising money

21   from donors, and then I would do this kind of follow-

22   up with sort of, you know, the technical letters of

23   agreement.  So it would have been, I assume, no

24   different than the fundraising we were doing elsewhere

25   in 2016.





REPUBLICAN
# JOHN BOEHNER
—— is Making a Difference. ——

**Leading the Fight Against Obamacare**
John Boehner is leading the Republican effort
to repeal Obamacare

**Opposed the Stimulus Boondoggle**
John Boehner tried to blocked the $787 BILLION
failed "stimulus" plan.

**Stopped Cap and Trade**
John Boehner took on Nancy Pelosi to stop the new
cap-and-trade energy taxes being pushed by the Left.

**Banning Pork Barrel Spending**
John Boehner is a fiscal conservative who led the fight
to ban pork barrel spending known as earmarks.

**John Boehner. Real Leadership Republicans Need.**
VOTER ALERT: REPUBLICAN PRIMARY, TUESDAY, MAY 6TH



# VOTE!
## REPUBLICAN PRIMARY
—— MAY 6TH ——
Request an Absentee Ballot Today!
Or Vote Early Now at Your
County Board of Elections.
Everyone is Eligible. No Excuse Needed!

FV01306

AR1989

| | |
|---|---|
| **From:** | Nathanson |
| **To:** | Brian Walsh |
| **Cc:** | Lauren Tucker; Tom Whatman |
| **Subject:** | Door Hanger & Research |
| **Date:** | Wednesday 5 March 2014 6:12:48 PM |
| **Attachments:** | ERIC GURR QUICK HITS RESEARCH.docx |
| | JD WINTEREGG QUICK HITS RESEARCH.docx |
| | Gurr and Winteregg Debate .docx |
| | Rev.American_Action_Network_OH08_Doorhanger.pdf |

Brian,

Attached is the door hanger we are recommending we use with the first round of DTD work, along with what we have on the two main opponents.

I will return the non-coordinating affidavit as soon as my lawyer gets me an answer to one question.

Jim

JSN Associates

131 North Ludlow Street, Suite 315

Dayton, OH 45402

nathanson@jsnassociates.com

(O) 937-222-0131

(F) 937-223-0423

(b) (6)

| From: | Brian Walsh |
|---|---|
| To: | James S Nathanson |
| Cc: | Thomas Whatman |
| Subject: | Re: OH 8 Door Hanger |
| Date: | Wednesday 9 April 2014 8:29:05 PM |

Yeah.

Brian O Walsh


From my iPhone.

On Apr 9, 2014, at 8:28 PM, "James S Nathanson" <nathanson@jsnassociates.com> wrote:

Brian.  Can I go to print?

Jim Nathanson
JSN Associates

Sent from my iPhone


On Apr 9, 2014, at 8:18 PM, Thomas Whatman <tomwhatman@aol.com> wrote:

Looks good to me. Is this our final pass through the doors?

Sent from my iPhone

On Apr 9, 2014, at 7:21 PM, "Nathanson"
<nathanson@jsnassociates.com> wrote:

Sorry about that.

Langdon's approved.....being the good lawyer he is, he
found a typo....will be corrected.

**From:** Brian Walsh
**Sent:** Wednesday, April 09, 2014 6:38 PM
**To:** Nathanson
**Subject:** Re: OH 8 Door Hanger

Nothing attached.

FV01349

AR2032

Brian O Walsh



From my iPhone.

On Apr 9, 2014, at 6:33 PM, "Nathanson" <nathanson@jsnassociates.com> wrote:

> Guys,
>
> Thought I would send this to you to get any comments or reactions.
>
> Dave Langdon, Freedom Vote's lawyer, also has it and it will go to print as soon as he has reviewed it.
>
> Jim
>
> JSN Associates
> 131 North Ludlow Street, Suite 315
> Dayton, OH 45402
>
> nathanson@jsnassociates.com
> (O) 937-222-0131
> (F) 937-223-0423
> 

<Freedom_Vote_Boehner_EV_Doorhanger_v2.pdf>



January 15, 2016



Dear

I want to thank                              for your recent contribution of $50,000 to Freedom Vote.
Your generous donation will help us elect pro-growth, pro-business leaders here in Ohio and
nationally.

For your convenience I have enclosed Freedom Vote's Form W-9. Also, you should note that
the IRS does not allow contributions to Freedom Vote to be deducted as a charitable contribution
or as a business expense. Please confer with a tax professional regarding potential gift tax
implications.

If you need any further information please do not hesitate to contact me at 937-222-1790. Thank
you again for your support.

Sincerely,

James S. Nathanson
Executive Director

FREEDOMVOTE.NET
P.O. BOX 882 ▪ DAYTON, OH 45401
P: (937) 222.1790

CONTRIBUTIONS ARE NOT TAX DEDUCTIBLE. FEDERAL TAX ID NUMBER 27-3004397. FV01391

AR2074



October 5, 2016

Freedom Vote
c/o James Nathanson
Talbott Tower, Suite 315
131 North Ludlow Street
Dayton, OH  45402

Dear Mr. Nathanson:

Enclosed please find a $10,000 contribution for your committee for the general election. This donation is being made in recognition of your continuing support and commitment to the concerns of men and women who work in the ███████ industry.

We are very pleased that you have remained attentive to issues that affect the daily lives of ██████████████

With my best wishes and appreciation, I am

Sincerely,

Enclosure

April 8, 2021



I want to thank ▮▮▮▮▮▮▮▮ for your recent contribution of $50,000 to Freedom Vote.
Your generous donation will help us elect pro-growth, pro-business leaders here in Ohio and
nationally.

For your convenience I have enclosed Freedom Vote's Form W-9.  Also, you should note that
the IRS does not allow contributions to Freedom Vote to be deducted as a charitable contribution
or as a business expense.  Please confer with a tax professional regarding potential gift tax
implications.

If you need any further information please do not hesitate to contact me at 937-222-1790.  Thank
you again for your support.

Sincerely,

James S. Nathanson
Executive Director

FV01399

AR2082

**LETTER OF AGREEMENT**

June 20, 2016

James S. Nathanson

Executive Director

Freedom Vote

131 North Ludlow Street

Suite 315

Dayton, OH  45402

Dear James:

This Letter of Agreement (the "Agreement") is in response to your request on behalf of Freedom Vote for funding from █████ This request was made in the amount of $1,000,000 for your program or project entitled *2016 Economic Policy Education & Advocacy Efforts.*

█████ has reviewed the request.  We are pleased to announce we will provide your organization with the funding, in the amount of $1,000,000 (the "Funding").

Freedom Vote will receive a check in the amount of $1,000,000.  Please note it may take up to thirty days from the acceptance of this Agreement for the Funding to arrive unless funds are being transmitted via wire transfer.

*Please note this Funding is awarded in accordance with and subject to the Terms and Conditions herein.*

*Please review and sign and email or fax the Agreement to:* █████████████████████ *fax.  Note that disbursement of the Funding is contingent on* █████ *eceiving this signed Agreement.*

*If you have any questions, please contact* ██████████████████████ *phone.*

TERMS AND CONDITIONS

1.  Statement of Purpose:

    █████ shall provide Freedom Vote (the "Recipient") with Funding for *2016 Economic Policy Education & Advocacy Efforts.*

2.  Conditions of Funding:

    A.   █████ and Recipient shall not directly or indirectly offer or pay any money or give anything of value to any government official, including certain healthcare professionals, as an improper inducement for such government official: (i) to approve, reimburse, prescribe or purchase a █████ product; (ii) to influence the outcome of a clinical trial sponsored by █████ or (iii) to otherwise improperly benefit the business of █████ "Government Official" is broadly interpreted and includes, (a) any elected or appointed government official, (b) any employee or person acting for or on behalf of a government official, agency, or enterprise performing a governmental function, (c) any political party officer, employee, or person acting for or on behalf of a political party or candidate for public office, (d) an employee or person acting for or on behalf of a public international organization, or (e) any person otherwise categorized as a

█████████

FV01426

AR2109

government official under local law. "Government" is meant to include all levels and subdivisions of non-US governments (i.e., local, regional, or national and administrative, legislative, or executive). All government employees and employees of state-owned enterprises (e.g., doctors employed in a state-owned hospital) are considered "Government Officials."

B.  Recipient may only expend the Funding for the purposes outlined in Section 1.

C.  The Funding may only be transmitted to another entity or person, foreign or domestic, in furtherance of the purposes outlined in Section 1.

D.  ████ shall have the limited right to audit Recipient, upon reasonable notice, for purposes of verifying that the Funding provided by ████ was used in accordance with the Terms and Conditions of this Agreement.

E.  These funds should not be used for travel-related expenses, including overnight accommodations, for Members of Congress or staff, unless Recipient has received prior approval from the House and/or Senate Ethics Committee (as appropriate) for the use of the Funding for this purpose and Recipient has provided ████ with evidence of the relevant committee approval.

F.  Recipient represents that ████ support shall not constitute a majority of the Organization's funding or support during the year starting as of the effective date of this Agreement and ending on the one (1) year anniversary date of this Agreement.

G.  Unless agreed to by ████ Organization represents that it shall not utilize any of the funding provided by ████ hereunder to either pay, or otherwise cause a direct or indirect transfer of value to a Covered Recipient, as defined by Physicians Payment Sunshine Act. If ████ has agreed to such transfer, Organization must accurately complete the "Sunshine Data Template" which shall be provided by the ████ project manager. **Please see attached Exhibit A** regarding obligations of the Organization to provide information to ████.

H.  Recipient has disclosed to the relevant ████ Project Manager whether it is currently, or has in the recent past, requested or received financial support from ████.

3.  Disclosure:

The parties may publicly disclose information about ████ support of the Program including the Organization's name, the amount of ████ Funding, and a description of the Program *2016 Economic Policy Education & Advocacy Efforts,* Dayton, OH.

A.  If ████ deems this sponsorship appropriate for disclosure, it may make this disclosure on its Transparency in Grants website located at:
████████████████████████████████████

B.  If Organization discloses the Funding, it must do so on its website and in any of the relevant materials related to the Program.

4.  No relationship to any business relationship:

The Funding has not been and will not be conditioned on or related, in any way, to: (a) any pre-existing or future business relationship with ████ or (b) any business or other decision Recipient has or may make, relating to ████ or its products (including coverage or formulary status decisions).

5.  Effect of Other Agreements:

Recipient agrees that these terms and conditions supersede any other agreements or understandings, whether written or verbal, related to ████ support of Recipient's activities.

████████

FV01427

6. Counterparts:

This Agreement may be executed in counterparts with the same effect as if both parties had signed the same document. All counterparts shall be construed together and shall constitute one (1) agreement. A facsimile, electronic, or pdf. signature to this Agreement shall be effective as an original signature.

By signing below, ORGANIZATION attests to understanding and agreeing to the conditions listed above.

Freedom Vote                                          ███████

Sign: _____          Sign: _____

Name: James S Nathanair                   Name: _____

Title: Executive Director                      Title: _____

Date: 6/20/2016                                  Date: _____

FV01428